**Airbus SE (EADSY; EADSF)**                                                      **Kornecki, Andrew J.**

### List of Purchases and Sales

| Ticker | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|--------|------------------|------|-----------------------|----------------------|
| EADSF | Purchase | 7/19/2019 | 20 | $149.0700 |