# EXHIBIT C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

The International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Movant") certifies as follows:

1. Movant has reviewed the complaint filed initiating this federal securities litigation and retains Shepherd, Finkelman, Miller & Shah, LLP ("Counsel") to seek its appointment as lead plaintiff and pursue the securities class action on its behalf and behalf of the proposed class pursuant to the terms of Movant and Counsel's Retainer Agreement.

2. Movant did not purchase or otherwise acquire the securities that are the subject of this action at the direction of Movant's Counsel, or in order to participate in this or any private action under the federal securities laws or any other laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. All of Movant's transactions in Airbus SE securities during the proposed class period (between February 24, 2016 and July 30, 2020) are listed on the attached sheet.

5. During the three years prior to the date of this Certification, Movant sought to serve as lead plaintiff in *Janak Anarkat v. CVS Health Corporation, et al.*, No. 1:19-cv-01725 (S.D.N.Y.) (filed February 25, 2019) (transferred to D.R.I., No. 1:19-cv-00437) and *Hawaii Structural Ironworkers Pension Trust Fund v. AMC Entertainment Holdings, Inc., et al.*, No. 1:18-cv-00299 (S.D.N.Y.) (filed January 12, 2018).

6. During the three years prior to the date of this Certification, Movant has served as a representative party in a federal securities class action in *Janak Anarkat v. CVS Health Corporation, et al.*, No. 1:19-cv-01725 (S.D.N.Y.) (filed February 25, 2019) (transferred to

D.R.I., No. 1:19-cv-00437) and *Hawaii Structural Ironworkers Pension Trust Fund v. AMC Entertainment Holdings, Inc., et al.*, No. 1:18-cv-00299 (S.D.N.Y.) (filed January 12, 2018).

7. Movant will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I am duly authorized to execute this Certification and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 30 day of September, 2020.

John Heenan, Administrator
The International Union of Operating
Engineers Pension Fund of Eastern
Pennsylvania and Delaware

**Transactions of the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware in Airbus SE ("EADSY")**

| Date | Quantity | Transaction Type | Unit Price |
|---|---|---|---|
| 1/9/2019 | 7340 | PURCHASE | 25.88 |
| 1/10/2019 | 8610 | PURCHASE | 25.62 |
| 1/25/2019 | 5900 | PURCHASE | 27.57 |
| 1/31/2019 | 8660 | PURCHASE | 28.66 |
| 2/1/2019 | 5820 | PURCHASE | 29.05 |
| 4/9/2019 | 720 | PURCHASE | 33.39 |
| 4/18/2019 | 1620 | PURCHASE | 33.78 |
| 4/23/2019 | 1490 | PURCHASE | 34.15 |
| 6/17/2019 | 5020 | SALE | 35.03 |
| 6/11/2020 | 6290 | SALE | 21.68 |