James C. Shah
SHEPHERD FINKELMAN MILLER
 & SHAH, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 526-1100
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

*Attorney for Plaintiff, the Class, and the Plan*

[Additional Counsel Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>AIRBUS SE, GUILLAUME M.J.D. FAURY, TOM ENDERS, DOMINIK ASAM, AND HARALD WILHELM<br><br>Defendants. | Case No: 2:20-cv-10084-KM-JBC<br><br>NOTICE OF NON-OPPOSITION OF INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

On October 5, 2020, the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Operating Engineers") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), and Rule 42 of the Federal Rules of Civil Procedure, for an Order: (1) consolidating the related actions; (2) appointing Operating Engineers as Lead Plaintiff in the above-captioned action (the "Action"); and (3) approving Operating Engineers' selection of Shepherd, Finkelman, Miller & Shah, LLP as Lead Counsel, for the Class.  Dkt. No. 13.

Having reviewed the competing motions before the Court, Operating Engineers does not appear to have the largest financial interest in this Action within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Operating Engineers' membership in the proposed class or its right to share in any recovery obtained for the benefit of class members.

Dated:  October 9, 2020

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**

/s/James C. Shah
James C. Shah
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 526-1100
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com

James E. Miller
Laurie Rubinow
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
       lrubinow@sfmslaw.com

Eric L. Young
Jayne A. Goldstein
Bruce D. Parke
Alec J. Berin
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: eyoung@sfmslaw.com
      jgoldstein@sfmslaw.com
      bparke@sfmslaw.com
      aberin@sfmslaw.com

*Attorneys for Movant,*
*The International Union of Operating*
*Engineers Pension Fund of Eastern*
*Pennsylvania and Delaware*