**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2020, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF filing system and, by so doing, served all counsel of record electronically.

/s/ James C. Shah
James C. Shah
475 White Horse Pike
Collingwood, NJ 08107
Telephone: 856-858-1770
jshah@sfmslaw.com

-1-