**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Yin Chih Chang*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AIRBUS SE, GUILLAUME M.J.D. FAURY, TOM ENDERS, DOMINIK ASAM, and HARALD WILHELM, <br><br> Defendants. | No.: 2:20-cv-10084-KM-JBC <br><br> **NOTICE OF NON-OPPOSITION OF MOVANT YIN CHIH CHANG TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** <br><br> <u>CLASS ACTION</u> |

1

On October 5, 2020, Yin Chih Chang ("Movant") pursuant to the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), filed a motion for entry of an order: (1) appointing Movant as Lead Plaintiff; and (2) approving Movant's selection of Counsel. Dkt. No. 11.

Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: October 12, 2020          Respectfully submitted,

                                 **THE ROSEN LAW FIRM, P.A.**

                                 /s/ Laurence M. Rosen
                                 Laurence M. Rosen, Esq.
                                 One Gateway Center, Suite 2600
                                 Newark, NJ 07102
                                 Telephone: (973) 313-1887
                                 Fax: (973) 833-0399
                                 lrosen@rosenlegal.com

                                 *Counsel for Yin Chih Chang*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen