Lisa J. Rodriguez
**SCHNADER HARRISON SEGAL &**
**  LEWIS LLP**
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
Tel: (845) 482-5741
Fax: (856) 482-6980

*Liaison Counsel for Lead Plaintiff Movants*
*David Quagan and Bing Jiang*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Counsel for Lead Plaintiff Movants David*
*Quagan and Bing Jiang*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRBUS SE, GUILLAUME M.J.D. FAURY, TOM ENDERS, DOMINIK ASAM, and HARALD WILHELM,<br><br>Defendants. | Case No. 2:20-cv-10084-KM-JBC<br><br>**NOTICE OF NON-OPPOSITION OF DAVID QUAGAN AND BING JIANG TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

PHDATA 7514018_1

On October 5, 2020, David Quagan and Bing Jiang timely filed a motion for appointment as lead plaintiff and approval of his selection of counsel. Dkt. No. 12.  Four similar motions filed by other putative class members in this action. Dkt. Nos. 10, 11, 13, and 14.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Messrs. Quagan and Jiang do not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA.  As such, they do not oppose the lead plaintiff motions of movants with larger financial interests.

However, if the Court determines that the lead plaintiff movants with financial interests larger than that of Messrs. Quagan and Jiang are incapable or inadequate to represent the class in this litigation, Messrs. Quagan and Jiang remain willing and able to serve as lead plaintiff or as class representative.  By this Notice of Non-Opposition, David Quagan and Bing Jiang do not waive their rights to participate and recover as class members in this litigation.

DATED: October 13, 2020

Respectfully submitted,

**SCHNADER HARRISON SEGAL & LEWIS LLP**

By*:   s/ Lisa J. Rodriguez*
    Lisa J. Rodriguez
    Woodland Falls Corporate Park
    220 Lake Drive East, Suite 200
    Cherry Hill, NJ 08002
    Tel: (845) 482-5741
    Fax: (856) 482-6980

    *Liaison Counsel for Lead Plaintiff Movants*

PHDATA 7514018_1

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Counsel for Lead Plaintiff Movants*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

3

PHDATA 7514018_1