# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | **www.carellabyrne.com** | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | | MATTHEW J. CERES | ZACHARY A. JACOBS*** |
| | LINDSEY H. TAYLOR | | MARC D. MORY | WILLIAM H. WILLIAMS, X |
| | CAROLINE F. BARTLETT | | | MICHAEL K. BELOSTOCK |
| | ZACHARY S. BOWER+ | | OF COUNSEL | BRIAN F. O'TOOLE** |
| | DONALD A. ECKLUND | | | SEAN M. KILEY |
| | CHRISTOPHER H. WESTRICK* | | *CERTIFIED BY THE SUPREME COURT OF | |
| | STEPHEN R. DANEK | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MICHAEL A. INNES | | +MEMBER FL BAR ONLY | |
| | MEGAN A. NATALE | | **MEMBER NY BAR ONLY | |
| | | | ***MEMBER IL BAR ONLY | |

February 1, 2022

*Via ECF*
Hon. Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building
and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    **Re: Kornecki, et al. v. Airbus SE, et al.;**
       Civil Action No. 2:20-cv-10084-KM-JBC

Dear Judge McNulty:

  On behalf of all parties, please find enclosed a Stipulation and Proposed Order Setting Schedule. If the stipulation is acceptable to Your Honor, we respectfully request that the Court "So Order" it and return it to us via the Court's ECF system.

  Thank you for your continued attention to this matter. Of course, should the Court have any questions, we are available at your convenience.

          Respectfully yours,

        CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO

          */s/ James E. Cecchi*

         JAMES E. CECCHI

cc: All Counsel of Record