CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for [Proposed] Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AIRBUS SE, et al.,<br><br>　　　　　　　　Defendants. | No. 2:20-cv-10084-KM-JBC<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ORDER SETTING SCHEDULE |

Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Pension Fund," "Plaintiff," or "Lead Plaintiff") and Defendants Airbus SE ("Airbus SE"), Guillaume M.J.D. Faury, Tom Enders, Dominik Asam, and Harald Wilhelm ("Defendants" and together with Lead Plaintiff, the "Parties") by and through their undersigned counsel, agree and jointly propose this stipulation:

WHEREAS, on August 6, 2020, Andrew J. Kornecki filed the initial complaint ("Complaint") in this action on behalf of persons or entities who purchased or otherwise acquired Airbus SE securities in the United States between February 24, 2016, and July 30, 2020 ("Class");

WHEREAS, Pension Fund was appointed Lead Plaintiff by the Court pursuant to the Private Securities Litigation Reform Act of 1995 to represent the Class;

WHEREAS, all Defendants have either been served with the Complaint or have agreed to accept or otherwise waive service of the Complaint;

WHEREAS, the Court has extended the date by which all Defendants are required to answer, move, or otherwise respond to the Complaint; and

WHEREAS, the amended complaint is currently due on March 8, 2022; and

WHEREAS, the Parties stipulate and agree that Defendants' time to answer, move, or otherwise respond to the Complaint should be held in abeyance until Lead Plaintiff has filed its amended complaint.

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Lead Plaintiff will file and serve a consolidated and/or amended complaint ("Consolidated Complaint") no later than April 1, 2022;

2. Defendants will have 60 days following the filing of the Consolidated Complaint to serve and file with the Court their responsive pleading;

3. In the event that Defendants' responsive pleading is a motion to dismiss the Consolidated Complaint, Lead Plaintiff will have 60 days to serve and file with the Court an opposition to Defendants' motion to dismiss the Consolidated Complaint;

4. Defendants will thereafter have 45 days to serve and file with the Court a reply to Lead Plaintiff's opposition to Defendants' motion to dismiss the Consolidated Complaint; and

5. Nothing above waives or modifies any rights, defenses, or positions of any party.

DATED: March 7, 2022  CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
 JAMES E. CECCHI
 DONALD A. ECKLUND

 <u>          /s/ James E. Cecchi          </u>
 JAMES E. CECCHI

 5 Becker Farm Road
 Roseland, NJ  07068
 Telephone:  973/994-1700
 973/994-1744 (fax)
 jcecchi@carellabyrne.com
 decklund@carellabyrne.com

 Liaison Counsel for Lead Plaintiff

- 2 -

|  |  |
|---|---|
|  | ROBBINS GELLER RUDMAN  & DOWD LLP<br>ARTHUR C. LEAHY<br>BRIAN O'MARA<br>STEVEN M. JODLOWSKI<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>artl@rgrdlaw.com<br>bomara@rgrdlaw.com<br>sjodlowski@rgrdlaw.com<br><br>Lead Counsel for Lead Plaintiff |
| DATED: March 7, 2022 | PAUL HASTINGS LLP<br><br>/s/ Chad J. Peterman<br>―――――――――――――――――<br>CHAD J. PETERMAN<br><br>CHAD J. PETERMAN<br>BARRY G. SHER (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212/318-6000<br>212/319-4090 (fax)<br>chadpeterman@paulhastings.com<br>barrysher@paulhastings.com |

- 3 -

        ROBERT D. LUSKIN (admitted *pro hac vice*)
NATHANIEL B. EDMONDS (admitted *pro hac vice*)
2050 M Street NW
Washington, DC  20036
Telephone:  202/551-1705
202/551-1700 (fax)
robertluskin@paulhastings.com
nathanieledmonds@paulhastings.com

D. SCOTT CARLTON (admitted *pro hac vice*)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
Telephone:  213/683-6000
213/627-0705 (fax)
scottcarlton@paulhastings.com

Attorneys for Defendant AIRBUS SE, GUILLAUME M.J.D. FAURY, and TOM ENDERS, DOMINIK ASAM

DATED:  March 7, 2022    DEBEVOISE & PLIMPTON LLP

        */s/ Matthew J. Petrozziello*
        MATTHEW J. PETROZZIELLO


ANDREW M. LEVINE (admitted *pro hac vice*)
MATTHEW J. PETROZZIELLO
919 Third Avenue
New York, NY 10022
212/909-6069 (Levine)
212/909-6854 (Petrozziello)
212/909-6836 (facsimile)
amlevine@debevoise.com
mjpetrozziello@debevoise.com

STEPHAN J. SCHLEGELMILCH (admitted *pro hac vice*)
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
202/383-8154 (Schlegelmilch)
sjschlegelmilch@debevoise.com

Attorneys for Defendant HARALD WILHELM

IT IS SO ORDERED.

DATED: March 8, 2022

/s/ Kevin McNulty
_____
THE HONORABLE KEVIN McNULTY
UNITED STATES DISTRICT JUDGE

4861-7671-4002.v2