CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually ) and on Behalf of All Others Similarly ) Situated, ) ) Plaintiff, ) ) vs. ) ) AIRBUS SE, et al., ) ) Defendants. ) ) | No. 2:20-cv-10084-KM-JBC <br><br> <u>CLASS ACTION</u> <br><br> STIPULATION AND [PROPOSED] ORDER STAYING CASE AND SETTING SCHEDULE |

4889-5772-8025.v1

Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Pension Fund," "Plaintiff," or "Lead Plaintiff") and Defendants Airbus SE ("Airbus SE"), Guillaume M.J.D. Faury, Tom Enders, Dominik Asam, and Harald Wilhelm ("Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, agree and jointly propose this stipulation:

WHEREAS, on August 6, 2020, Andrew J. Kornecki filed the initial complaint ("Complaint") in this action on behalf of persons or entities who purchased or otherwise acquired Airbus SE securities in the United States between February 24, 2016, and July 30, 2020 ("Class");

WHEREAS, Pension Fund was appointed Lead Plaintiff by the Court pursuant to the Private Securities Litigation Reform Act of 1995 to represent the Class;

WHEREAS, all Defendants have either been served with the Complaint or have agreed to accept or otherwise waive service of the Complaint;

WHEREAS, the Parties have engaged in good faith in an attempt to resolve this matter, and have reached an agreement to settle the matter, subject to appropriate approvals and documentation;

WHEREAS, the Parties have already begun preparation of the formal stipulation of settlement, which will be submitted to the Court together with a motion seeking preliminary approval of the settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure on or before May 13, 2022; and

- 1 -

4889-5772-8025.v1

WHEREAS, the Parties hereby request that the Court stay all proceedings or otherwise hold all pending deadlines in abeyance to allow the Parties to finalize the settlement documentation and file a motion seeking the Court's preliminary approval of the settlement under Rule 23(e).

IT IS HEREBY STIPULATED AND AGREED as follows:

1.    The matter is stayed; and

2.    Lead Plaintiff shall file a motion seeking preliminary approval of the settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure on or before May 13, 2022.

DATED:  April 1, 2022                CARELLA, BYRNE, CECCHI, OLSTEIN,
                                       BRODY & AGNELLO, P.C.
                                     JAMES E. CECCHI
                                     DONALD A. ECKLUND


                                            s/ James E. Cecchi
                                     _____
                                          JAMES E. CECCHI

                                     5 Becker Farm Road
                                     Roseland, NJ  07068
                                     Telephone:  973/994-1700
                                     973/994-1744 (fax)
                                     jcecchi@carellabyrne.com
                                     decklund@carellabyrne.com

                                     Liaison Counsel for Lead Plaintiff

- 2 -

4889-5772-8025.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
BRIAN O. O'MARA
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED:  April 1, 2022       PAUL HASTINGS LLP


                         s/ Chad J. Peterman
                       CHAD J. PETERMAN

CHAD J. PETERMAN
BARRY G. SHER (admitted *pro hac vice*)
200 Park Avenue
New York, NY  10166
Telephone:  212/318-6000
212/319-4090 (fax)
chadpeterman@paulhastings.com
barrysher@paulhastings.com

ROBERT D. LUSKIN (admitted *pro hac vice*)
NATHANIEL B. EDMONDS (admitted *pro hac vice*)
2050 M Street NW
Washington, DC  20036
Telephone:  202/551-1705
202/551-1700 (fax)
robertluskin@paulhastings.com
nathanieledmonds@paulhastings.com

- 3 -

D. SCOTT CARLTON (admitted *pro hac vice*)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
Telephone:  213/683-6000
213/627-0705 (fax)
scottcarlton@paulhastings.com

Attorneys for Defendant AIRBUS SE,
GUILLAUME M.J.D. FAURY, and TOM
ENDERS, DOMINIK ASAM

DATED:  April 1, 2022          DEBEVOISE & PLIMPTON LLP


                    s/ Matthew J. Petrozziello
                    MATTHEW J. PETROZZIELLO

ANDREW M. LEVINE (admitted *pro hac
vice*)
MATTHEW J. PETROZZIELLO
919 Third Avenue
New York, NY 10022
212/909-6069 (Levine)
212/909-6854 (Petrozziello)
212/909-6836 (facsimile)
amlevine@debevoise.com
mjpetrozziello@debevoise.com

STEPHAN J. SCHLEGELMILCH (admitted
*pro hac vice*)
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
202/383-8154 (Schlegelmilch)
sjschlegelmilch@debevoise.com

Attorneys for Defendant HARALD
WILHELM

- 4 -

4889-5772-8025.v1

- 5 -

IT IS SO ORDERED.

DATED: _____

THE HONORABLE KEVIN McNULTY
UNITED STATES DISTRICT JUDGE

- 5 -

4889-5772-8025.v1