CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AIRBUS SE, et al.,<br><br>　　　　　　Defendants. | No. 2:20-cv-10084-KM-JBC<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

4882-3586-2817.v1

PLEASE TAKE NOTICE THAT at such time and on such date as the Court shall designate, the undersigned attorneys for Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Lead Plaintiff") shall, and hereby do, move this Court, in the Court for the Honorable Kevin McNulty, United States District Judge for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 for an Order pursuant to Fed. R. Civ. P. 23(e) granting preliminary approval of a class action settlement. This Motion is based upon the instant Motion, the Memorandum of Law in support thereof, the Declaration of Peter Crudo, the pleadings and other files herein, and such other written or oral arguments as may be permitted by the Court.

The undersigned hereby requests oral argument.

DATED:  May 24, 2022

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND

           s/ James E. Cecchi
        JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for Lead Plaintiff

- 1 -

4882-3586-2817.v1

- 2 -

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        ARTHUR C. LEAHY
        BRIAN O'MARA
        STEVEN M. JODLOWSKI
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)
        artl@rgrdlaw.com
        bomara@rgrdlaw.com
        sjodlowski@rgrdlaw.com

        Lead Counsel for Lead Plaintiff

- 2 -