# EXHIBIT A-2

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>AIRBUS SE, et al.,<br><br>                              Defendants. | No. 2:20-cv-10084-KM-JBC<br><br>CLASS ACTION<br><br>PROOF OF CLAIM AND RELEASE<br><br>EXHIBIT A-2 |

## I.    GENERAL INSTRUCTIONS

1.     To recover as a Member of the Class based on your claims in the action entitled *Kornecki v. Airbus SE, et al.*, No. 2:20-cv-10084-KM-JBC (the "Litigation"), you must complete and, on page ___ hereof, sign this Proof of Claim and Release form ("Proof of Claim").[1]  If you fail to file a properly addressed (as set forth in paragraph 3 below) Proof of Claim, your claim may be rejected and you may be precluded from any recovery from the Settlement Fund created in connection with the proposed Settlement of the Litigation.

2.     Submission of this Proof of Claim, however, does not assure that you will share in the proceeds of the Settlement of the Litigation.

3.     YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED PROOF OF CLAIM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, ON OR BEFORE _____, 2022, ADDRESSED AS FOLLOWS:

*Airbus Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040

Online Submissions: www.AirbusSecuritiesSettlement.com

---

[1]     This Proof of Claim incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated May 20, 2022 ("Stipulation"), which can be obtained at www.AirbusSecuritiesSettlement.com.

If you are NOT a Member of the Class, as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), or if you have submitted a request for exclusion, DO NOT submit a Proof of Claim.

4.     If you are a Member of the Class, you are bound by the terms of any judgment entered in the Litigation, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM.

5.     It is important that you completely read and understand the Notice that accompanied this Proof of Claim, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice.  The Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.  The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Proof of Claim.  By signing and submitting this Proof of Claim, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described and provided herein.

6.     The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.

## II.   DEFINITIONS

1.    "Airbus" means Airbus SE.

2.    "Defendants" means Airbus, Guillaume M.J.D. Faury, Tom Enders, Dominik Asam, and Harald Wilhelm.

3.    "Released Parties" means each and all of the Defendants, and each and all of their respective Related Parties.

4.    "Securities" or "Airbus Securities" means the Company's ADRs that trade in the United States on the over-the-counter market ("OTC") under the ticker symbol "EADSY," and the Company's foreign ordinaries that trade in the U.S. on the OTC market under the ticker symbol "EADSF."

## III.   CLAIMANT IDENTIFICATION

1.    If you purchased or acquired Airbus Securities in the United States and held the certificate(s) in your name, you are the beneficial owner as well as the record holder.  If, however, the certificate(s) were registered in the name of a third party, such as a brokerage firm or other nominee, you are the beneficial owner and the third party is the record holder.

2.    You are a Class Member if you purchased or acquired Airbus Securities that trade in the United States from February 24, 2016 through July 30, 2020, inclusive, and were damaged thereby.  Excluded from the Class are: (i) Defendants, (ii) the current and Class Period officers and directors of the Company, (iii) members

of the immediate families of the Individual Defendants, and (iv) the legal representatives, heirs, successors-in-interest, or assigns of any excluded person or entity, and any entity in which such excluded persons have or had a controlling interest. Also excluded from the Class are those Persons who timely and validly request exclusion from the Class pursuant to the Notice.

3. Use Part I of this form entitled "Claimant Identification" to identify each holder of record ("nominee"), if different from the beneficial owner of such Airbus common stock that forms the basis of this claim. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNER(S), OR A PERSON AUTHORIZED TO ACT ON BEHALF OF SUCH OWNER(S), OF SUCH AIRBUS SECURITIES UPON WHICH THIS CLAIM IS BASED. Separate Proofs of Claim should be submitted for each separate legal entity (for example, a claim by joint owners should not include the transactions of just one of the joint owners, and an individual should not submit one claim that combines his or her IRA transactions with transactions made solely in the individual's name). Conversely, a combined Proof of Claim should be submitted on behalf of each legal entity (including an individual) that includes all transactions made by the entity, no matter how many separate accounts that entity has (for example, a corporation/individual with multiple brokerage accounts should include all transactions made in Airbus Securities during the Class Period on one Proof of Claim, no matter in how many accounts the transactions were made).

4.      All joint owners (or a Person authorized to act on the owner's behalf) must sign this claim.  Executors, administrators, guardians, conservators, trustees, or others authorized to act on behalf of a beneficial owner, must complete and sign this claim on behalf of Persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## IV.   CLAIM FORM

1.      Use Part II of this form entitled "Schedule of Transactions in Airbus Securities that Trade in the United States" to supply all required details of your transaction(s) in Airbus Securities.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

2.      On the schedules, provide all of the requested information with respect to *all* of your purchases and acquisitions and *all* of your sales of Airbus Securities that took place at any time between February 24, 2016 through October 28, 2020, inclusive, whether such transactions resulted in a profit or a loss.  You must also provide all of the requested information with respect to *all* of the shares of Airbus Securities you held at the close of trading on February 23, 2016, July 30, 2020, and

October 28, 2020.  Failure to report all such transactions may result in the rejection of your claim.

3.      List each transaction separately and in chronological order, by trade date, beginning with the earliest.  You must accurately provide the month, day, and year of each transaction you list.

4.      The date of covering a "short sale" is deemed to be the date of purchase of Airbus Securities.  The date of a "short sale" is deemed to be the date of the sale of Airbus Securities.  A purchase or sale of Airbus Securities shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date; please provide any "contract" or "trade" dates in your claim.

5.      Broker confirmations or other documentation of your transactions in Airbus Securities should be attached to your claim.   Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

6.      The above requests are designed to provide the minimum amount of information necessary to process the most simple claims.  The Claims Administrator may request additional information as required to efficiently and reliably calculate your losses.   In some cases where the Claims Administrator cannot perform the calculation accurately or at a reasonable cost to the Class with the information provided, the Claims Administrator may condition acceptance of the claim upon the

production of additional information and/or the hiring of an accounting expert at the claimant's cost.

7.      If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all claims processing.  The claims processing will take substantial time to complete fully and fairly.  Please be patient.

PLEASE NOTE:  As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund.  If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

NOTICE REGARDING ELECTRONIC FILES:  Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  This is different from the online submission process that is available at www.AirbusSecuritiesSettlement.com.  All claimants MUST submit a manually signed paper Proof of Claim whether or not they also submit electronic copies.  If you have a large number of transactions and wish to file your claim electronically, you must contact the Claims Administrator at edata@gilardi.com to obtain the required file layout.  Any file not in accordance with

the required electronic filing format will be subject to rejection.  Only one claim should be submitted for each separate legal entity and the complete name of the beneficial owner(s) of the securities must be considered to have been submitted unless the Claims Administrator issues an email to that effect.  Do not assume that your file has been received until you receive this email.  If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at edata@gilardi.com to inquire about your file and confirm it was received.

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

*Kornecki v. Airbus SE, et al.*

No. 2:20-cv-10084

PROOF OF CLAIM AND RELEASE

Must Be Postmarked (if mailed) or Received (if submitted online) No Later Than:

_____, 2022

Please Type or Print

**REMEMBER TO ATTACH COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTIONS IN AIRBUS SECURITIES.  FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATION OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM**.

PART I.          CLAIMANT IDENTIFICATION

Beneficial Owner's Name (First, Middle, Last)

_____

Street Address

_____

City                         State                    Zip Code

_____

Foreign Province              Foreign Country

_____    _____    Individual

Social Security Number or
Taxpayer Identification       _____    Corporation/Other
Number

_____ (work)

Area Code                  Telephone Number

_____ (home)

Area Code                  Telephone Number

Record Holder's Name (if different from beneficial owner listed above)

PART II.         SCHEDULE OF TRANSACTIONS IN AIRBUS SECURITIES
                 THAT TRADE IN THE UNITED STATES

**Transactions in Airbus Foreign Ordinaries ("EADSF") that trade in the
United States**

> A.     Number of shares of Airbus foreign ordinaries ("EADSF") held at the
>        close of trading on February 23, 2016: _____
>
> B.     Purchases or acquisitions of Airbus foreign ordinaries ("EADSF")
>        (February 24, 2016-October 28, 2020, inclusive):

| Trade Date<br>Month Day Year | Number of Shares<br>Purchased or Acquired | Total<br>Purchase Price |
|---|---|---|
| 1._____ | 1._____ | 1._____ |
| 2._____ | 2._____ | 2._____ |
| 3._____ | 3._____ | 3._____ |

IMPORTANT:

(i)   If any purchase listed covered a "short sale," please mark Yes:

☐ Yes

C.   Sales of Airbus foreign ordinaries ("EADSF") (February 24, 2016-October 28, 2020, inclusive):

| Trade Date<br>Month Day Year | Number of<br>Shares Sold | Total<br>Sales Price |
|---|---|---|
| 1._____ | 1._____ | 1._____ |
| 2._____ | 2._____ | 2._____ |
| 3._____ | 3._____ | 3._____ |

D.   Number of shares of Airbus foreign ordinaries ("EADSF") held at the close of trading on July 30, 2020: _____

E.   Number of shares of Airbus foreign ordinaries ("EADSF") held at the close of trading on October 28, 2020: _____

If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.

**Transactions in Airbus ADRs ("EADSY") that trade in the United States**

A.   Number of shares of Airbus ADRs ("EADSY") held at the close of trading on February 23, 2016: _____

B.   Purchases or acquisitions of Airbus ADRs ("EADSY") (February 24, 2016-October 28, 2020, inclusive):

| Trade Date<br>Month Day Year | Number of Shares<br>Purchased or Acquired | Total<br>Purchase Price |
|---|---|---|
| 1._____ | 1._____ | 1._____ |
| 2._____ | 2._____ | 2._____ |
| 3._____ | 3._____ | 3._____ |

      IMPORTANT:

          (i)    If any purchase listed covered a "short sale," please mark Yes:

          ☐ Yes

      C.    Sales of Airbus ADRs ("EADSY") (February 24, 2016-October 28, 2020, inclusive):

| Trade Date<br>Month Day Year | Number of<br>Shares Sold | Total<br>Sales Price |
|---|---|---|
| 1._____ | 1._____ | 1._____ |
| 2._____ | 2._____ | 2._____ |
| 3._____ | 3._____ | 3._____ |

      D.    Number of shares of Airbus ADRs ("EADSY") held at the close of trading on July 30, 2020: _____

      E.    Number of shares of Airbus ADRs ("EADSY") held at the close of trading on October 28, 2020: _____

If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.

YOU MUST READ AND SIGN THE RELEASE ON PAGE __.  FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.

**V.    SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

      I (We) submit this Proof of Claim under the terms of the Stipulation, described

in the Notice.  I (We) also submit to the jurisdiction of the United States District Court

for the District of New Jersey, with respect to my (our) claim as a Class Member (as defined in the Notice) and for purposes of enforcing the release set forth herein.  I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Litigation.  I (We) agree to furnish additional information to Lead Counsel to support this claim if required to do so.  I (We) have not submitted any other claim covering the same purchases or acquisitions of Airbus Securities during the Class Period and know of no other Person having done so on my (our) behalf.

## VI.   RELEASE

1.      I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, relinquish, and discharge, all of the Released Claims against each and all of the Defendants and each and all of their respective "Related Parties."  The term "Related Parties" means each of a Defendant's past or present directors, officers, employees, partners, insurers, co-insurers, reinsurers, principals, controlling shareholders, members, agents, administrators, attorneys, accountants, auditors, bankers, underwriters, investment advisors, personal or legal representatives, predecessors, successors, direct and/or indirect parents, subsidiaries, divisions, joint ventures, partnerships, limited liability companies, affiliates, assigns, spouses, heirs, estates, related or affiliated entities, any entity in which a Defendant has a controlling interest, any member of a Defendant's immediate

family, any trust of which a Defendant is the settlor or which is for the benefit of a Defendant and/or any member of a Defendant's immediate family, and any entity in which a Defendant and/or any member of a Defendant's immediate family has or had a controlling interest (directly or indirectly).

2.     "Released Claims" means all claims, rights, liabilities, and causes of action of every nature and description, including both known claims and Unknown Claims (as defined below), rights, demands, liabilities or causes of action of every nature and description whatsoever (including, but not limited to, any claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, expenses, or liabilities whatsoever), to the fullest extent that the law permits their release in this Litigation, by or on behalf of Lead Plaintiff or any other Class Members against any of the Released Parties that have been alleged or could have been alleged in this Litigation (or in any forum or proceeding or otherwise), whether based on federal, state, local, statutory, or common or foreign law, or any other law, rule, or regulation, whether known claims or Unknown Claims, whether class, representative, or individual in nature, whether fixed or contingent, accrued or unaccrued, liquidated or unliquidated, whether at law or in equity, matured or unmatured, that are based on, relate to, or arise out of both (i) the allegations, transactions, facts, matters, events, disclosures, statements, occurrences, circumstances, representations, conduct, acts, or omissions or failures to act that have been or could have been alleged or asserted in

- 13 -

the Litigation, and (ii) Lead Plaintiff's or any other Class Member's purchase of
Airbus Securities during the Class Period.  Notwithstanding the foregoing, "Released
Claims" does not include claims relating to the enforcement of the Settlement.

3.      "Unknown Claims" means collectively any Released Claims that Lead
Plaintiff or any other Class Members does not know or suspect to exist in his, her or
its favor at the time of the release of the Released Parties which, if known by him, her
or it, might have affected such Class Member's settlement or decisions with respect to
the Settlement, including, but not limited to, the release of the Released Parties or the
decision not to object to or opt out of this Settlement.  "Unknown Claims" also means
any Released Defendants' Claims that Defendants do not know or suspect to exist in
their favor at the time of the release of the Released Plaintiff Parties, including
Plaintiff's Counsel and Class Members, which if known by them, might have affected
their settlement or decisions with respect to the Settlement, including, but not limited
to, the release of the Released Plaintiff Parties.  Unknown Claims include, without
limitation, those claims in which some or all of the facts composing the claim may be
unsuspected, undisclosed, concealed, or hidden.  With respect to any and all Released
Claims and Released Defendants' Claims, the Released Parties stipulate and agree
that, upon the Effective Date, Lead Plaintiff and Class Members (as regards the
Released Claims) and the Defendants (as regards the Released Defendants' Claims)
shall expressly waive and relinquish, and each Class Member shall be deemed to have

and by operation of law and of the Judgment shall have, expressly waived and relinquished, to the fullest extent permitted by law, any and all provisions, rights and benefits conferred by California Civil Code §1542, or any law of any state or territory of the United States, or principle of common law or of international or foreign law, which is similar, comparable, or equivalent to Cal. Civ. Code §1542, which provides:

> **A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party**.

Lead Plaintiff and Class Members may hereafter discover facts in addition to or different from those which he, she or it now knows or believes to be true with respect to the subject matter of the Released Claims, but Lead Plaintiff shall expressly fully, finally, and forever settle and release, and each Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.  Lead Plaintiff and Defendants acknowledge, and

- 15 -

Class Members shall be deemed by operation of law (including by operation of the Judgment) to have acknowledged, that the foregoing waiver was separately bargained for and is a key element of the Settlement.

4.     This release shall be of no force or effect unless and until the Court approves the Stipulation and it becomes effective on the Effective Date.

5.     I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

6.     I (We) hereby warrant and represent that I (we) have included information about all of my (our) transactions in Airbus Securities that occurred during the Class Period as well as the number of shares of Airbus Securities held by me (us) at the close of trading on February 23, 2016, July 30, 2020, and October 28, 2020.

7.     I (We) hereby warrant and represent that the transactions listed above are in Airbus Securities that trade in the United States.

8.     I (We) hereby warrant and represent that I am (we are) not excluded from the Class, as defined in the Notice.

I (We) declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this _____ day of _____

(Month/Year)

in _____, _____

(City)                                  (State/Country)

(Sign your name here)

(Type or print your name here)

(Capacity of person(s) signing, *e.g.*, Beneficial Owner, Executor or Administrator)

ACCURATE CLAIMS PROCESSING TAKES A

SIGNIFICANT AMOUNT OF TIME.

THANK YOU FOR YOUR PATIENCE

**Reminder Checklist:**

1.  Please sign the above release and acknowledgment.
2.  Remember to attach supporting documentation, if available.
3.  Do not send original stock certificates.
4.  Keep a copy of your claim form for your records.
5.  If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested.
6.  If you move, please send us your new address.