# EXHIBIT A-3

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AIRBUS SE, et al.,<br><br>　　　　　　　　Defendants. | No. 2:20-cv-10084-KM-JBC<br><br>CLASS ACTION<br><br>SUMMARY NOTICE<br><br>EXHIBIT A-3 |

TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED AIRBUS SE ("AIRBUS" OR THE "COMPANY") SECURITIES TRADED IN THE UNITED STATES AS AMERICAN DEPOSITORY RECEIPTS ("ADR") OR FOREIGN ORDINARIES UNDER THE TICKER SYMBOLS "EADSY" AND "EADSF," RESPECTIVELY, DURING THE PERIOD BETWEEN FEBRUARY 24, 2016 THROUGH AND INCLUDING JULY 30, 2020, AND WERE ALLEGEDLY DAMAGED THEREBY, AND ARE NOT OTHERWISE EXCLUDED FROM THE SETTLEMENT CLASS

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of New Jersey, that a hearing will be held on _____, 2022, at _____, before the Honorable Kevin McNulty, United States District Judge, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for the purpose of determining: (1) whether the proposed Settlement of the claims in the Litigation for the principal amount of $5 million, plus interest, should be approved by the Court as fair, reasonable, and adequate; (2) whether a Class should be certified for purposes of settlement; (3) whether a Final Judgment and Order of Dismissal with Prejudice should be entered by the Court dismissing the Litigation with prejudice; (4) whether the Plan of Allocation is fair, reasonable, and adequate and should be approved; and (5) whether the application of Lead Counsel for the payment of attorneys' fees and expenses and Lead Plaintiff's expenses in connection with this Litigation should be approved.

IF YOU PURCHASED OR OTHERWISE ACQUIRED ANY AIRBUS ADRS OR FOREIGN ORDINARIES DURING THE PERIOD FROM FEBRUARY 24,

2016 THROUGH AND INCLUDING JULY 30, 2020, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.  Airbus ADRs trade in the U.S. on the over-the-counter market (the "OTC") under the ticker symbol "EADSY," and Airbus foreign ordinaries trade in the U.S. on the OTC market under the ticker symbol "EADSF."  Excluded from the Settlement Class are: (i) Defendants, (ii) the current and Class Period officers and directors of the Company, (iii) members of the immediate families of the Individual Defendants, and (iv) the legal representatives, heirs, successors-in-interest, or assigns of any excluded person or entity, and any entity in which such excluded persons have or had a controlling interest.  Also excluded from the Settlement Class are those Persons who timely and validly exclude themselves therefrom by submitting a request for exclusion.  If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release form, you may obtain copies by writing to *Airbus Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 8040, San Rafael, CA 94912-8040, or on the internet at www.AirbusSecuritiesSettlement.com.  If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release by mail or online **no later than _____, 2022**, establishing that you are entitled to a recovery.  If you request to be excluded from the Class, you must submit a request for exclusion postmarked by _____, 2022, in the form and manner

explained in the detailed Notice. You will be bound by any judgment entered in the Litigation unless you request to be excluded, in writing, to *Airbus Securities Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, EXCLUSIONS, 150 Royall Street, Suite 101, Canton, MA 02021, **postmarked by _____, 2022**.

Any objection to the Settlement, the Plan of Allocation, and/or the fee and expense application must be *received*, not simply postmarked, by each of the following recipients *no later than _____, 2022*:

>CLERK OF THE COURT
>UNITED STATES DISTRICT COURT
>DISTRICT OF NEW JERSEY
>Martin Luther King Building & U.S. Courthouse
>50 Walnut Street, Room 4015
>Newark, NJ  07101

>*Lead Counsel:*

>ROBBINS GELLER RUDMAN & DOWD LLP
>BRIAN O. O'MARA
>655 West Broadway, Suite 1900
>San Diego, CA  92101

>*Defendants' Counsel:*
>PAUL HASTINGS LLP
>D. SCOTT CARLTON
>515 S. Flower Street, 25th Floor
>Los Angeles, CA 90071

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED: _____  BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- 4 -