# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

_____

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | MATTHEW J. CERES | ZACHARY A. JACOBS*** |
| | LINDSEY H. TAYLOR | MARC D. MORY | WILLIAM H. WILLIAMS, X |
| | CAROLINE F. BARTLETT | | MICHAEL K. BELOSTOCK |
| | ZACHARY S. BOWER+ | OF COUNSEL | BRIAN F. O'TOOLE** |
| | DONALD A. ECKLUND | | SEAN M. KILEY |
| | CHRISTOPHER H. WESTRICK* | *CERTIFIED BY THE SUPREME COURT OF | |
| | STEPHEN R. DANEK | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MICHAEL A. INNES | +MEMBER FL BAR ONLY | |
| | MEGAN A. NATALE | **MEMBER NY BAR ONLY | |
| | | ***MEMBER IL BAR ONLY | |

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

June 7, 2022

**VIA ECF**

Hon. Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Building
and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:   ***Kornecki, et al. v. Airbus SE, et al.,***
> <u>Civil Action No. 2:20-cv-10084-KM-JBC</u>

Dear Judge McNulty:

On behalf of all parties, please find enclosed a Stipulation and Proposed Order clarifying the language of the Stipulation and Agreement of Settlement and partially altering the schedule as set forth in the Preliminary Approval Order (ECF No. 66).  If the stipulation is acceptable to Your Honor, we respectfully request that the Court "So Order" the enclosed.

Thank you for your continued attention to this matter.  Should the Court have any questions, we are available at your convenience.

Respectfully yours,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY, & AGNELLO

_/s/ James E. Cecchi_

JAMES E. CECCHI

cc:   All Counsel of Record