CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AIRBUS SE, et al.,<br><br>　　　　　　　Defendants. | No. 2:20-cv-10084-KM-JBC<br><br>CLASS ACTION<br><br>MOTION RETURN DATE: SEPTEMBER 19, 2022<br><br>NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |

- 1 -

PLEASE TAKE NOTICE that on Friday, September 30, 2022, at 2:00 p.m., or at such other time as the Court may designate, the undersigned attorneys for Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Lead Plaintiff") shall, and hereby do, move this Court, in the courtroom of the Honorable Kevin McNulty, United States District Judge for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 for an Order pursuant to Fed. R. Civ. P. 23(e) granting final approval of the settlement and an Order approving the Plan of Allocation.

This Motion is based upon the Memorandum of Law in support thereof, the Declaration of Brian O. O'Mara, the Declaration of M. Scott Anderson, the Declaration of Ross D. Murray, the pleadings and other files herein, and such other written or oral arguments as may be permitted by the Court.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before September 23, 2022.

The undersigned hereby requests oral argument.

DATED:  August 26, 2022          Respectfully submitted,

                                 CARELLA, BYRNE, CECCHI, OLSTEIN,
                                   BRODY & AGNELLO, P.C.
                                 JAMES E. CECCHI
                                 DONALD A. ECKLUND

                                         s/ James E. Cecchi
                                 JAMES E. CECCHI

- 1 -

5 Becker Farm Road
Roseland, NJ 07068
Telephone: 973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
THEODORE J. PINTAR
BRIAN O'MARA
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
tedp@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4865-8099-1023.v1