CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW J. KORNECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AIRBUS SE, et al.,<br><br>　　　　　　　　　Defendants. | No. 2:20-cv-10084-KM-JBC<br><br>CLASS ACTION<br><br>MOTION RETURN DATE: SEPTEMBER 19, 2022<br><br>NOTICE OF MOTION AND APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4) |

4886-5907-2047.v1

PLEASE TAKE NOTICE that on Friday, September 30, 2022, at 2:00 p.m., or at such other time as the Court may designate, the undersigned attorneys for Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Lead Plaintiff") shall, and hereby do, move this Court, in the courtroom of the Honorable Kevin McNulty, United States District Judge for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 for an award of attorneys' fees and expenses and an award to Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(4).

This Application is based on the Memorandum of Law in support thereof, the Declarations of Brian O. O'Mara, the Declaration of James E. Cecchi, the Declaration of M. Scott Anderson, the Declaration of Ross D. Murray, the pleadings and other files herein, and such other written or oral arguments as may be permitted by the Court.

A proposed order will be submitted with Lead Counsel's reply submission on or before September 23, 2022.

The undersigned hereby requests oral argument.

- 1 -

4886-5907-2047.v1

DATED:  August 26, 2022

Respectfully submitted,

CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
JAMES E. CECCHI
DONALD A. ECKLUND


s/ James E. Cecchi
JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Liaison Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
THEODORE J. PINTAR
BRIAN O. O'MARA
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
tedp@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4886-5907-2047.v1