<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:  NEWARK**                                   **DATE:** September 30, 2022
**JUDGE:** KEVIN MCNULTY
**COURT REPORTER:**  Rhea C. Villanti


**TITLE OF CASE:**                                   **DOCKET  #  20cv10084**
J. ANDREW KORNECKI, et al
            vs.
AIRBUS SE, et al

YIN CHIH CHANG, movant
INTERNATIONAL UNION OF OPERATING
ENGINEERS PENSION FUND OF EASTERN
PENNSYLVANIA AND DELAWARE, movant
GREG KOELSCH, movant

**APPEARANCES**
Kevin G. Cooper, Esq., for Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund.
Brian O. O'Mara, Esq., and Theodore J. Pintar, Esq. (pro hac vice counsel) for Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund.
D. Scott Carlton, Esq., (Telephone) for Airbus SE, Guillaume M.J.D. Faury, Tom Enders, and Dominik Asam.
Matthew J. Petrozziello, Esq. for Defendant Harald Wilhelm.
Matthew S. Aibel, Esq. for Airbus SE, Faury and Enders.

**Nature of Proceedings**:  FAIRNESS HEARING
Hearing on [72] Motion for Final Approval of Class Action Settlement by Marcia L. McGowan and Traci M. Singer and [73] Motion for Award of Attorneys's Fees – Reimbursement of Expenses and Case Contribution Awards.
Ordered motions granted. Orders to be filed.


**Time Commenced: 2:00 p.m.**
**Time Adjourned: 2:25 p.m.**
**Total Time: 25 Minutes**


 Philip Selecky, Deputy Clerk